IN PRO PER:                                   310-897-6644

JULIETA JIMENEZ

2034 CHARITON ST.

LOS ANGELES, CA 90034

PLAINTIFF APPEARING WITHOUT AN ATTORNEY:

TO THE CLERK OF THE UNITED STATES BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT. RICHARD H. CHAMBERS COURT OF APPEALS BUILDING. 125 SOUTH GRAND AVENUE, PASADENA, CALIFORNIA 91105

**FILED MAY 10 2021** — CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

| | |
|---|---|
| In re: | BAP No.: CC-21-1089 |
| | A/P No. 2:21-ap-01010-SK |
| JULIETA JIMENEZ | BK 2:20-bk-20564-SK |
| DEBTOR | |
| | APPELLANT'S DESIGNATION OF |
| JULIETA JIMENEZ | THE RECORD AND ADDITIONAL |
| APPELLANT | ITEMS TO BE INCLUDED IN THE |
| | RECORD OF APPEAL AND STATEMENT |
| ARCPE 1, LLP, aka ARCPE C/o Wilshire Financial Loan Service c/o Wilshire Financial Network aka ARCPE Holding LLC Kathy A. Dockery Chapter 13 Trustee | OF ISSUES OF APPEAL. |
| APPELLEES | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Plaintiff/Appellant, Respectfully Submits to the Clerk of this Court this Designation of the Record and Additional

-1-

Items to be Included in the Record on Appeal in this matter and Statement of the Issues on the Appeal to be presented. This is a Designation of the record on Appeal and of additional items to be included in the record and a Statement of Issues on Appeal, on the Order Granting the Motion to dismiss on debtor's Adversary Case by the United States Bankruptcy Court Judge Ms. SANDRA R. KLEIN on April 14, 2021

**EXHIBIT 1**

Defendants and Appellees Wilshire Financial network ARCPE 1, LLP aka ARCPE Holding, LLC C/o Wilshire Financial Loan Service, has not presented Valid Documents in debtor's case. Otherwise said, the alleged creditor most present an accurate accounting that it does present made payments from the time that the loan was acquired and also most present a valid receipt of payment made when the loan was bought transferred or assigned. The motion for for dismissal was granted by the Bankruptcy Court Judge without an actual review the facts concerning debtor's case and the veracity of the claim by ARCPE 1, LLP Wilshire Financial Network aka Wilshire Financial Loan Service. The bankruptcy court seems to have actually enforced a retaliation against debtor, Julieta Jimenez. A retaliation created for the fact that this case belonged to the Juidge Mr. Vincent P. Zurzolo, whose order for relief of the stay on Julieta Jimenez's Husband case was reverted by the Bankruptcy Appellate Panel of the Ninth Circuit. On the day of the Filing of the Bankruptcy Case Judge Sandra R. Kline took over the assigned case to Judge Zurzolo. Since the day of filing of Julieta Jimenez's Bankruptcy case, November 30, 2020 Judge Sandra R. Kline has worked every action against debtor Julieta Jimenez in an apparent association with Attorney for ARCPE 1, LLP's Agent Adrian Zubia to get ride of the case from the Bankruptcy Court System. In traits of Discrimination against debtor's English barrier, Judge Kline' Court failed to review all the necessary information including that the filed that a Proof of Claim must be legitimate. ARCPE 1, LLP aka ARCP Holding, LLC C/o

| 1 | Wilshire Financial Network got away sustaining a claim that does not exist. The Bankruptcy |
|---|---|
| 2 | Court abused its Discretion retaliating and discriminating against Debtor Julieta Jimenez. |

One of the most important issues is that ARCPE 1, LLP aka ARCPE Holding, LLC C/o Wilshire Financial Network aka Wilshire Financial Loan Service has not presented proof of an actual receipt that proves that ARCPE 1, LLP aka ARCPE Holding, LLC has right to the debt. Debtor believes the corporate assignments of mortgage are fabricated and are not reviewed.

The items to be included in the Record of Appeal are as listed on this table:

| 2:21-ap-01010-SK Docket No. | Date | Docket Text |
|---|---|---|
| 1 | 1/19/2021 | Filing of the Adversary proceeding Through the Dockets on the Bankruptcy Court Record up to docket as attached herein |
| 26 | 04/29/2021 | Opening letter RE: Appeal from BAP CC 21-1089 |

I declare under penalty of perjury and under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct to the best of my Knowledge.

Executed on this May 10, 2021 at Los Angeles, California.

_____
Julieta Jimenez

NoFeeRequired, APPEAL, DISMISSED

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Adversary Proceeding #: 2:21-ap-01010-SK

*Assigned to:* Sandra R. Klein
*Lead BK Case:* 20-20564
*Lead BK Title:* Julieta Jimenez
*Lead BK Chapter:* 13
*Demand:*

*Date Filed:* 01/19/21
*Date Dismissed:* 04/14/21

*Nature[s] of Suit:*  21 Validity, priority or extent of lien or other interest in property
71 Injunctive relief - reinstatement of stay
91 Declaratory judgment

## *Plaintiff*
-----------------------

**Julieta Jimenez**
2034 Chariton St
Los Angeles, CA 90034-1504
310-897-6644
SSN / ITIN: xxx-xx-7976

represented by **Julieta Jimenez**
PRO SE

V.

## *Defendant*
-----------------------

**ARCPE 1 LLP**
c/o Wilshire Financial Loan Service
c/o Wilshire Financial Network
*aka* **ARCPE Holding LLC**

represented by **Sevan Gorginian**
Law Office of Sevan Gorginian
450 N. Brand Boulevard, Suite 600
Glendale, CA 91203
818-928-4445
Fax : 818-928-4450
Email: sevan@gorginianlaw.com

## *Defendant*
-----------------------

**E-Loan Inc**

represented by **E-Loan Inc**
PRO SE

**2:21-ap-01010-SK** Jimenez v. ARCPE 1 LLP et al
Case type: **ap** Related bankruptcy: 2:20-bk-20564-SK **Judge:** Sandra R. Klein
**Date filed:** 01/19/2021 **Date of last filing:** 04/29/2021

# History

| Doc. No. | Dates | Description |
|---|---|---|
|   | *Filed & Entered:* 01/19/2021 | Receipt Number and Filing Fee (Auto) |
| 1 | *Filed & Entered:* 01/19/2021 | Complaint |
| 2 | *Filed & Entered:* 01/19/2021 | Request for courtesy Notice of Electronic Filing (NEF) |
| 3 | *Filed & Entered:* 01/20/2021 | Summons Issued |
| 4 | *Filed:* 02/01/2021  *Entered:* 02/02/2021 | Summons Service Executed |
| 5 | *Filed & Entered:* 02/02/2021 | Notice to Filer of Error and/or Deficient Document |
| 6 | *Filed:* 02/16/2021  *Entered:* 02/17/2021 | Declaration |
| 7 | *Filed & Entered:* 02/19/2021  *Terminated:* 04/14/2021 | Motion to Dismiss Adversary Proceeding |
| 8 | *Filed & Entered:* 02/26/2021 | Order (Generic) (BNC-PDF) |
| 9 | *Filed & Entered:* 02/26/2021 | Hearing (Bk Motion) Set |
| 10 | *Filed & Entered:* 02/28/2021 | BNC Certificate of Notice - PDF Document |
| 11 | *Filed:* 03/11/2021  *Entered:* 03/12/2021 | Opposition |
| 12 | *Filed & Entered:* 03/16/2021  *Terminated:* 03/17/2021 | Ex parte application |
| 13 | *Filed & Entered:* 03/17/2021 | Order on Generic Motion (BNC-PDF) |
| 14 | *Filed & Entered:* 03/19/2021 | BNC Certificate of Notice - PDF Document |
| 15 | *Filed & Entered:* 03/20/2021 | Reply |
| 16 | *Filed:* 03/25/2021  *Entered:* 03/26/2021 | Reply |
|   | *Filed & Entered:* 03/31/2021 | Hearing (Adv Other) Continued |
| 17 | *Filed & Entered:* 04/02/2021 | Status report |
| 18 | *Filed & Entered:* 04/02/2021 | Status report |
| 19 | *Filed & Entered:* 04/07/2021 | Notice to creditors (BNC) |
| 20 | *Filed & Entered:* 04/09/2021 | BNC Certificate of Notice |
| 21 | *Filed & Entered:* 04/14/2021 | Notice of Lodgment |
| 22 | *Filed & Entered:* 04/14/2021 | Order on Motion to Dismiss Adversary Proceeding (BNC-PDF) |
| 23 | *Filed & Entered:* 04/16/2021 | BNC Certificate of Notice - PDF Document |
|   | *Filed & Entered:* 04/28/2021 | Receipt Number and Filing Fee (Auto) |

|    | *Filed & Entered:* 04/28/2021 | ◯ Receipt Number and Filing Fee (Auto) |
|----|-------------------------------|----------------------------------------|
| 24 | *Filed & Entered:* 04/28/2021 | ◯ Notice of Appeal and Statement of Election (Official Form 417A) |
| 25 | *Filed & Entered:* 04/28/2021 | ◯ Notice of referral of appeal to BAP with certificate of mailing |
| 26 | *Filed & Entered:* 04/29/2021 | ◯ Opening Letter RE: Appeal from BAP |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/09/2021 22:51:07 | | | |
| **PACER Login:** | ▓▓▓▓▓ | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 2:21-ap-01010-SK Type: History |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

*Defendant*

------------------------

**Popular Mortgage Services Inc**                    represented by **Popular Mortgage Services Inc**
                                                                    PRO SE

*Defendant*

------------------------

**Mortgage Electronic Registration**                 represented by **Mortgage Electronic Registration Systems Inc**
**Systems Inc**                                                    PRO SE

*Trustee*

------------------------

**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

*U.S. Trustee*

------------------------

**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 02/16/2021 | 6 (11 pgs) | Plaintiff's Declaration Of Proof Of Service Summons Adversary Proceeding And Notice Of Status Conference Filed by Plaintiff Julieta Jimenez (RE: related document(s)3 Summons Issued). (Francis, Dawnette) (Entered: 02/17/2021) |
| 02/19/2021 | 7 (29 pgs) | Motion to Dismiss Adversary Proceeding *with Proof of Service* Filed by Defendant ARCPE 1 LLP (Gorginian, Sevan) (Entered: 02/19/2021) |
| 02/26/2021 | 8 (2 pgs) | Order Setting Hearing On Motion To Dismiss Complaint (BNC-PDF) (Related Doc # 7 ) Signed on 2/26/2021 (Francis, Dawnette) (Entered: 02/26/2021) |
| 02/26/2021 | 9 | Hearing Set (RE: related document(s)7 Motion to Dismiss |

| | | |
|---|---|---|
| | | Adversary Proceeding filed by Defendant ARCPE 1 LLP) The Hearing date is set for 4/14/2021 at 09:00 AM at Crtrm 1575, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sandra R. Klein (Francis, Dawnette) (Entered: 02/26/2021) |
| 02/28/2021 | [10](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[8](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 02/28/2021. (Admin.) (Entered: 02/28/2021) |
| 03/11/2021 | [11](#) (24 pgs) | Opposition to Defendant ARCPE I, LLP's Notice of Motion and Motion to Dismiss Plaintiff's Adversary Proceeding (related document(s): [7](#) Motion to Dismiss Adversary Proceeding *with Proof of Service* filed by Defendant ARCPE 1 LLP) Filed by Plaintiff Julieta Jimenez (May, Thais D.) (Entered: 03/12/2021) |
| 03/16/2021 | [12](#) (4 pgs) | Ex parte application *for Order Continuing Status Conference From March 31, 2021 to April 14, 2021 (Date of Hearing on Motion to Dismiss), with Proof of Service* Filed by Defendant ARCPE 1 LLP (Gorginian, Sevan) (Entered: 03/16/2021) |
| 03/17/2021 | [13](#) (2 pgs) | Order Granting Ex Parte Motion to Continue Status Conference to April 14, 2021 (BNC-PDF) (Related Doc # [12](#)) Signed on 3/17/2021 (May, Thais D.) (Entered: 03/17/2021) |
| 03/19/2021 | [14](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[13](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 03/19/2021. (Admin.) (Entered: 03/19/2021) |
| 03/20/2021 | [15](#) (3 pgs) | Reply to (related document(s): [11](#) Opposition filed by Plaintiff Julieta Jimenez) Filed by Defendant ARCPE 1 LLP (Gorginian, Sevan) (Entered: 03/20/2021) |
| 03/25/2021 | [16](#) (7 pgs) | Plaintiff's Response To Defendant ARCPE 1, LLPS Reply To Plaintiff's Opposition To Defendant's Motion To Dismiss Adversary Proceedings (related document(s): [15](#) Reply filed by Defendant ARCPE 1 LLP) Filed by Plaintiff Julieta Jimenez (Francis, Dawnette) (Entered: 03/26/2021) |
| 03/31/2021 | | Hearing (Adv Other) Continued (RE: related document(s) [1](#) COMPLAINT filed by Julieta Jimenez) Status Hearing to be held on 04/14/2021 at 09:00 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for [1](#), (May, Thais D.) (Entered: 03/31/2021) |
| 04/02/2021 | [17](#) (10 pgs) | Status report *Unilateral Status Report with Proof of Service* Filed by Defendant ARCPE 1 LLP (RE: related document(s)[1](#) Complaint). (Gorginian, Sevan) (Entered: 04/02/2021) |

| | | |
|---|---|---|
| 04/02/2021 | 18 (6 pgs) | Status report (Unilateral) Filed by Plaintiff Julieta Jimenez (RE: related document(s)1 Complaint). (Francis, Dawnette) (Entered: 04/02/2021) |
| 04/07/2021 | 19 (1 pg) | Notice Regarding Zoom Appearance re 4/14/21 hearing (BNC) (May, Thais D.) (Entered: 04/07/2021) |
| 04/09/2021 | 20 (3 pgs) | BNC Certificate of Notice (RE: related document(s)19 Notice to creditors (BNC)) No. of Notices: 1. Notice Date 04/09/2021. (Admin.) (Entered: 04/09/2021) |
| 04/14/2021 | 21 (4 pgs) | Notice of lodgment *of Order Granting Motion to Dismiss with Proof of Service* Filed by Defendant ARCPE 1 LLP (RE: related document(s)7 Motion to Dismiss Adversary Proceeding *with Proof of Service* Filed by Defendant ARCPE 1 LLP filed by Defendant ARCPE 1 LLP). (Gorginian, Sevan) (Entered: 04/14/2021) |
| 04/14/2021 | 22 (2 pgs) | Order Granting Motion to Dismiss Adversary Proceeding (BNC-PDF) (Related Doc # 7) Signed on 4/14/2021. (May, Thais D.) (Entered: 04/14/2021) |
| 04/16/2021 | 23 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)22 Order on Motion to Dismiss Adversary Proceeding (BNC-PDF)) No. of Notices: 1. Notice Date 04/16/2021. (Admin.) (Entered: 04/16/2021) |
| 04/28/2021 | 24 (6 pgs) | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel - (Official Form 417A) - Fee Amount: $298.00; filed by Plaintiff Julieta Jimenez (RE: related document(s)22 Order on Motion to Dismiss Adversary Proceeding (BNC-PDF)). Appellant Designation due by 5/12/2021. (Milano, Sonny) (Entered: 04/28/2021) |
| 04/28/2021 | 25 (19 pgs) | Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit (BAP); with Notice of Appeal Service List. (RE: related document(s)24 Notice of Appeal and Statement of Election (Official Form 417A) filed by Plaintiff Julieta Jimenez) (Milano, Sonny) (Entered: 04/28/2021) |
| 04/28/2021 | | Receipt of Appeal Filing Fee - $293.00 by 01. Receipt Number 20243041. (admin) (Entered: 04/28/2021) |
| 04/28/2021 | | Receipt of Noticing Fee - $5.00 by 01. Receipt Number 20243041. (admin) (Entered: 04/28/2021) |
| 04/29/2021 | 26 | Opening Letter RE: Appeal from BAP CC 21-1089 (Originally |

| | | |
|---|---|---|
| (2 pgs) | | filed at BAP 04/29/2021). (RE: related document(s)24 Notice of Appeal and Statement of Election (Official Form 417A) filed by Plaintiff Julieta Jimenez) (Milano, Sonny) (Entered: 04/29/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/09/2021 19:22:21 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-ap-01010-SK Fil or Ent: filed From: 2/8/2021 To: 5/10/2021 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# EXHIBIT 1

Sevan Gorginian, Esq. (SBN 298986)
**Law Office of Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale, California 91203
**Tel**: 818.928.4445 | **Fax**: 818.928.4450
**Email**: sevan@gorginianlaw.com

Attorney for Defendant, ARCPE 1, LLP

FILED & ENTERED

APR 14 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>    Julieta Jimenez,<br>                Debtor. | Chapter: 13<br><br>Case No.: 2:20-bk-20564-SK<br><br>Adv. No.: 2:21-ap-01010-SK |
| Julieta Jimenez,<br>                Plaintiff,<br>v.<br>ARCPE 1 LLP, E-Loan, Inc.,<br>Mortgage Electronic Registration<br>Systems, Inc., Popular Mortgage<br>Services, Inc.,<br>                Defendants. | **ORDER GRANTING MOTION TO DISMISS COMPLAINT**<br><br>Hearing (via ZoomGov)<br>Date: April 14, 2021<br>Time: 9:00 a.m.<br>Courtroom: 1575 |

On April 14, 2021, the Court held a hearing on Defendant ARCPE 1, LLP's *Motion to Dismiss Complaint* ("Motion") [Dkt. No. 7]. Appearances were noted on the record.

The Court reviewed and considered the Motion, Plaintiff's *Opposition to Defendant ARCPE 1, LLP's Motion to Dismiss Plaintiff's Adversary* [Dkt. 11], Defendant's *Reply to Plaintiff's Opposition to Defendant ARCPE 1, LLP's Motion to Dismiss Plaintiff's Adversary* [Dkt. 15] and Plaintiff's *Response to Defendant ARCPE 1, LLPs Reply to*

- 1 -

Case 2:21-ap-01010-SK    Doc 22    Filed 04/14/21    Entered 04/14/21 13:54:59    Desc
Main Document    Page 2 of 2

*Plaintiff's Opposition to Defendant's Motion to Dismiss* ("Surreply")[1] [Dkt. 16]. For the reasons stated on the record and for good cause,

**IT IS HEREBY ORDERED** that the Motion is granted. The above-captioned complaint is dismissed without leave to amend.

### ###

Date: April 14, 2021

Sandra R. Klein
United States Bankruptcy Judge

---

[1] The Court treats this response as a "Surreply." Although Plaintiff did not seek relief from the Court to file the surreply, the Court nonetheless considered it as part of the briefing on the merits of the Motion.

# DECLARATION OF PROOF SERVICE
# JULIETA JIMENEZ  BAP CC-21-1089

I am a resident of the State of California, over the age of eighteen years, not a party to the within action. My business address is 357 E. 33rd Street, Los Angeles, CA 90011 on May 10, 2021 I have served the within named documents APPELLANT'S DESIGNATION OF THE RECORD AND ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD OF APPEAL AND STATEMENTS OF APPEAL CASE No. BAP CC-21-1089 by Via CERTIFIED MAIL Mail, by Hand delivery, by Telephonic means and E-Mail to the following parties:

United States Trustee (LA) ustpregion16.la.ecf@doj.gov
915 Wilshire Blvd, Suite 1850, Los Angeles, CA 90017
Phone 213-894-6811 Served by E-mail

Chapter 13 Trustee (TR) Ms. Kathy A. Dockery
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017
Phone: 213-996-4400  Served by E-mail

Law Offices of Mr. Sevan Gorginian
450 North Brand Blvd, Suite 600
Glendale, CA 91203 Served by Certified Mail

The United States bankruptcy Court Honorable Judge Ms. Sandra R. Klein
255 E. Temple Street, 15th Floor Courtroom 1575, los Angeles, CA 90012
Personal Hand Delivery

Debtor IN PRO PER: JULIETA JIMENEZ APPEAL TO 2:21-ap-01010-SK

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing, Faxing, E-mailing, Telephonic Means or personal hand delivery. Under the practice it would deposited with United States Postal Service on the same day with postage fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter or delivery or faxed date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California the the foregoing is true and correct to the best of my knowledge.

Executed on May 10, 2021 at Los Angeles, California.

*Eva Vahlgren* (signature)
Eva Vahlgren

**Declaration of Proof of Service**

